UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00062-FDW-DSC

| | |
|---|---|
| MIKE KIO PROPERTY SOLUTIONS, LLC, ) ) Plaintiff, ) ) vs. ) ) PAULA WATTS, ) ) Defendant. ) ) | ORDER |

The Court *sua sponte* REMANDS this matter to State court because *pro se* Defendant's Notice of Removal (Doc. No. 1) failed to satisfy the notice-pleading requirements set forth in 28 U.S.C. § 1446(a). <u>See</u> 28 U.S.C. § 1446(a) ("A defendant desiring to remove any civil action from a State court *shall* file in district court of the United States for the district and division within which such action is pending a notice removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action.") (emphasis added). The Clerk of Court is respectfully directed to CLOSE THE CASE.

IT IS SO ORDERED.

Signed: February 14, 2019

Frank D. Whitney
Chief United States District Judge